# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 4:05MJ3048 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DALILO ALCONINI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court *sua sponte*.

The court previously issued an order for the issuance of a warrant for the arrest of defendant Dalilo Alconini (Alconini) for violation of his conditions of pretrial release while being supervised by the District of Nebraska on behalf of the Central District of California. Subsequently, the Central District of California has issued a warrant for his arrest for the violation. Accordingly, the warrant from the District of Nebraska is cancelled, and the U.S. Marshal is directed to return the Nebraska warrant unexecuted.

**IT IS SO ORDERED.**

DATED this 25th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge